UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YITZCHOK RUBIN,                                              Civil No.: 1:13-cv-03444
                                                             (ARR)(SMG)

                    Plaintiff,

       -against-

GC SERVICES LIMITED PARTNERSHIP,

                    Defendant.
-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims against GC SERVICES LIMITED PARTNERSHIP, in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:     October 14, 2013


| /s/ Alan J. Sasson | s/ Concepcion A. Montoya |
|---|---|
| Alan J. Sasson, Esq. (AS8452) | Concepcion A. Montoya (CM7147) |
| Law Office of Alan J. Sasson, P.C. | Hinshaw & Culbertson, LLP |
| Attorney for Plaintiff | Attorneys for Defendant |
| Yitzchok Rubin | Gc Services Limited Partnership |
| 1669 East 12th Street, | 800 Third Avenue, 13th Floor |
| Brooklyn, New York 11229 | New York, NY 10022 |
| Tel: (718)339-0856 | Tel: (212) 471 - 6200 |
| Fax: (347)244-7178 | Fax: (212)935 - 1166 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YITZCHOK RUBIN,                                    Civil No.: 1:13-cv-03444
                                                   (ARR)(SMG)

                  Plaintiff,

    -against-

GC SERVICES LIMITED PARTNERSHIP,

                  Defendant.
-----------------------------------------------------------------X

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

    THAT pursuant to the parties' October 14, 2013 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:13-cv-03444 (ARR)(SMG), are dismissed with prejudice; and

    THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____, 2013.**

                                                            _____
                                                             HON. ALLYNE R. ROSS,
                                                             UNITED STATES DISTRICT JUDGE