UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YITZCHOK RUBIN,                                                    Civil No.: 1:13-cv-03444
                                                                   (ARR)(SMG)
                         Plaintiff,
        -against-

GC SERVICES LIMITED PARTNERSHIP,

                         Defendant.
-----------------------------------------------------------------X

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' October 14, 2013 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:13-cv-03444 (ARR)(SMG), are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS  19th  day of  October , 2013

s/ ARR

_____
HON. ALLYNE R. ROSS,
UNITED STATES DISTRICT JUDGE